Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants:  New York University and
New York University Real Estate Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 103 (AKH)
                                                                                08 CV 2297 (AKH)
----------------------------------------------------------------------- X

WILSON OLIVO,
                                                                                **NOTICE OF NEW
                                                                                YORK UNIVERSITY'S
                                                                                ADOPTION OF
-against-                                                                    ANSWER TO
                                                                                MASTER
NEW YORK UNIVERSITY,                                      COMPLAINT**


                                    Defendants.

----------------------------------------------------------------------- X


       PLEASE TAKE NOTICE THAT defendant NEW YORK UNIVERSITY, as and

for their responses to the allegations set forth in the Amended Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced

action, hereby adopt the NYU Defendants' Answer to Master Complaint, dated

August 3, 2007, that was filed in the matter of *In re World Trade Center Lower*

*Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       WHEREFORE, NEW YORK UNIVERSITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and

disbursements.

Dated:  New York, New York
   May 19, 2008      WADE CLARK MULCAHY

            /s/
            _____
            By: Robert J. Cosgrove (RC 8917)
            Cheryl D. Fuchs (CF 1116)
            Attorneys for NYU Defendants
            111 Broadway, 9th Floor
            New York, New York 10006
            (212) 267-1900

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on April , 2008, deponent served the within **Notice of NEW YORK UNIVERSITY'S Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by electronic filing:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J.
CANNATA
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN &
NAPOLI BERN, LLP
Plaintiffs's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ  07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON
ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development,
LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development,
LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN   SHAPIRO   MORIN   &
OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037



/s/
_____

Sibil Miranda


Sworn to before me this
th day of April 2008

/s/
_____

Notary Public