UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE COMBINED WORLD TRADE CENTER
AND LOWER MANHATTAN DISASTER SITE
LITIGATION (straddler plaintiffs)

21 MC 103 (AKH)

# RETURN OF SERVICE

| | DATE 4/7/08 |
|---|---|
| Service of the Summons and Complaints[1] was made by me[2] | |
| NAME OF SERVER (PRINT) Satish Raghunandan | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

ULTIMATE DEMOLITIONS - CS HAULING
55 New Street
Oceanside, NY 11572

For the following Defendant(s):

ULTIMATE DEMOLITIONS/CS HAULING

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/08
         Date

X Satish Raghu
Signature of Server

115 Broadway 12th floor New York NY 10006
Address of Server

Betsy Barranco

BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20__

---

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure





## Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 16440 | Pedro Alfonso | 08CV02252 | 2/26/2008 |
| 17014 | Kleber Arteaga (and Wife, Mercy Arteaga) | 08CV02253 | 2/26/2008 |
| 16596 | Sixto Aviles | 08CV02254 | 2/26/2008 |
| 16610 | Rodrigo Barros (and Wife, Bertha Muicela) | 08CV02255 | 2/26/2008 |
| 9346 | Rolendio Cabrera (and Wife, Luz Avila) | 08CV02256 | 2/26/2008 |
| 16725 | Maria Castro (and Husband, Hercen Castro) | 08CV02257 | 2/26/2008 |
| 16654 | Joel Chalco | 08CV02258 | 2/26/2008 |
| 17131 | Maria I. Chique (and Husband, Jose Reyes) | 08CV02259 | 2/26/2008 |
| 9947 | Luis Chirinos | 08CV02260 | 2/26/2008 |
| 17116 | Sarbelia Coballes | 08CV02261 | 2/26/2008 |
| 15898 | Aracelly Cuervo | 08CV02262 | 2/26/2008 |
| 10894 | David Cuevas (and Wife, Lupe Valasquez) | 08CV02321 | 2/26/2008 |
| 16689 | Belkis Delacruz | 08CV02263 | 2/26/2008 |
| 15926 | Emilsen Delgado | 08CV02264 | 2/26/2008 |
| 14951 | Margarita Dominguez | 08CV02265 | 2/26/2008 |
| 17114 | Tailor Dominguez (and Wife, Juanna Dominguez) | 08CV02266 | 2/26/2008 |
| 4645 | Tomasz Dybus (and Wife, Jolanta Dybus) | 08CV02322 | 2/26/2008 |
| 15399 | Gladys Feliciano | 08CV02267 | 2/26/2008 |
| 14742 | Piotr Fiedziukiewicz (and Wife, Maria Fiedziukiewicz) | 08CV02268 | 2/26/2008 |
| 10122 | Ladislao Garcia | 08CV02269 | 2/26/2008 |
| 16711 | Lizeth Garcia | 08CV02270 | 2/26/2008 |
| 17430 | Manuel C Gomez | 08CV02271 | 2/26/2008 |
| 14633 | Adan Gonzalez | 08CV02323 | 2/26/2008 |
| 14211 | Leroy Gordon (and Wife, Clarice Dixon) | 08CV02324 | 2/26/2008 |
| 9579 | Cesar Guiracocha | 08CV02272 | 2/26/2008 |
| 15037 | Salma P. Guzman | 08CV02273 | 2/26/2008 |
| 16710 | Jaime Hernandez | 08CV02274 | 2/26/2008 |
| 17183 | Tercida Hernandez | 08CV02275 | 2/26/2008 |
| 17232 | William Hightower (and Wife, Eleonara Hightower) | 08CV02276 | 2/26/2008 |
| 10686 | Peter Hunce | 08CV02325 | 2/26/2008 |
| 14515 | Leslie James (and Wife, Deokie James) | 08CV02326 | 2/26/2008 |
| 14960 | Luis C. Jordan (and Wife, Maria Edith Jordan) | 08CV02277 | 2/26/2008 |
| 13705 | Charles Kaczorowski (and Wife, Margaret Kaczorowski) | 06cv14759 | |
| 16623 | Janusz Karpiuk (and Wife, Barbara Karpiuk) | 08CV02327 | 2/26/2008 |
| 16653 | Labomir Kmec (and Wife, Viera Kmec) | 08CV02278 | 2/26/2008 |
| 16513 | Lubomir Kmec (and Wife, Viera Kmec) | 08CV02279 | 2/26/2008 |
| 16505 | Maria Lluguay | 08CV02280 | 2/26/2008 |
| 16459 | Angel Lopez | 08CV02281 | 2/26/2008 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 15045 | Jamie D. Lopez | 08CV02282 | 2/26/2008 |
| 16696 | Rolando Lopez | 08CV02283 | 2/26/2008 |
| 10034 | Henry Lozano | 08CV02284 | 2/26/2008 |
| 16516 | Ligia Luengas | 08CV02285 | 2/26/2008 |
| 16506 | Pedro Macias (and Wife, Rosita Cevallos) | 08CV02286 | 2/26/2008 |
| 15954 | Gloria Marrero | 08CV02287 | 2/26/2008 |
| 17033 | Joffre Martinez (and Wife, Jessica Cabrera) | 08CV02288 | 2/26/2008 |
| 15920 | Margarita Mattei | 08CV02289 | 2/26/2008 |
| 17273 | Michael McNair (and Wife, Mary Anne McNair) | 08CV02328 | 2/26/2008 |
| 16633 | Diego Medina (and Wife, Melinda Medina) | 08CV02290 | 2/26/2008 |
| 16262 | Juan Mendez (and Wife, Kareen Mendez) | 08CV02291 | 2/26/2008 |
| 15797 | Wojciech Michalik (and Wife, Maigonata Michalik) | 08CV02292 | 2/26/2008 |
| 17420 | Joseph Mills (and Wife, Elaine Mills) | 08CV02329 | 2/26/2008 |
| 16660 | Susana Miranda (and Husband, Martin Labre) | 08CV02293 | 2/26/2008 |
| 15057 | Margarita Mottei | 08CV02294 | 2/26/2008 |
| 13848 | Joe Moya (and Wife, Luz Moya) | 06cv14909 | |
| 16719 | Adolfo Naranjo (and Wife, Doris Alcivar) | 08CV02295 | 2/26/2008 |
| 15300 | Timothy C Nevins (and Wife, Karen Nevins) | 08CV02330 | 2/26/2008 |
| 16509 | Gustavo Ochoa | 08CV02296 | 2/26/2008 |
| 16635 | Wilson Olivo | 08CV02297 | 2/26/2008 |
| 15995 | Julio Ordonez | 08CV02298 | 2/26/2008 |
| 16510 | Rafael E. Orozco | 08CV02299 | 2/26/2008 |
| 10028 | Alicia Osorio | 08CV02300 | 2/26/2008 |
| 17284 | Kleber Paredes | 08CV02301 | 2/26/2008 |
| 16636 | Walberto Paredes | 08CV02302 | 2/26/2008 |
| 13670 | John Pigott (and Wife, Mabel Pigott) | 06cv14970 | |
| 17394 | Zbigniew Plucinski (and Wife, Teodora Plucinska) | 08CV02303 | 2/26/2008 |
| 15961 | Harold Ramirez (and Wife, Novoa Thomas) | 08CV02304 | 2/26/2008 |
| 15000 | Blanca Saeteros (and Husband, Dario Encalada) | 08CV02305 | 2/26/2008 |
| 16603 | Jose Sanchez | 08CV02306 | 2/26/2008 |
| 15046 | Juan Sen | 08CV02307 | 2/26/2008 |
| 15466 | Zbigniew Szynkowski (and Wife, Ewa Szynkowska) | 08CV02308 | 2/26/2008 |
| 3415 | John F Taggart | 08CV02331 | 2/26/2008 |
| 15993 | Nelson Toledo (and Wife, Miryam Cedeno) | 08CV02332 | 2/26/2008 |
| 14931 | Aida Torres (and Wife, Bolivar Torres) | 08CV02309 | 2/26/2008 |
| 16602 | Pedro Torres | 08CV02310 | 2/26/2008 |
| 17026 | Rafaela Torres | 08CV02311 | 2/26/2008 |
| 15054 | Manuel Uzhca | 08CV02312 | 2/26/2008 |

## Service Rider



Rider

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 12221 | Miguel Uzhca (and Wife, Esperanza Cabrera) | 08CV02333 | 2/26/2008 |
| 13201 | John Valenti | 06cv14158 | |
| 9939 | Camilo Vasquez | 08CV02313 | 2/26/2008 |
| 16600 | Martin Viera (and Wife, Dalila E Viera) | 08CV02314 | 2/26/2008 |
| 16607 | Oswaldo Villavicehcio | 08CV02315 | 2/26/2008 |
| 17077 | Patrica Vilomar | 08CV02316 | 2/26/2008 |
| 16597 | Rosalia Vintimilla (and Husband, Vicente ) | 08CV02317 | 2/26/2008 |
| 16695 | Jose Vivar | 08CV02318 | 2/26/2008 |
| 16517 | Seweryn Wojciechowskii (and Wife, Iwona Wojciechocoski) | 08CV02319 | 2/26/2008 |
| 16694 | Ramon Zambrana | 08CV02320 | 2/26/2008 |

86   Group:    Out   In: