Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
AMG REALTY PARTNERS, LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 103 (AKH)

AIDA TORRES (AND WIFE, BOLIVAR          Index No.: 08-CV-2309
TORRES),

                          Plaintiff(s),      **NOTICE OF ADOPTION OF ANSWER
                                             TO MASTER COMPLAINT**

        -against-                            **ELECTRONICALLY FILED**

160 WATER ST., INC., *et al.*,

                          Defendant(s).
--------------------------------------------------------X


        PLEASE TAKE NOTICE that Defendant, AMG REALTY PARTNERS, LP, by its

attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in

the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007,

which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 103 (AKH).

WHEREFORE, the Defendant, AMG REALTY PARTNERS, LP, demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 14, 2008

                    Yours etc.,

                    McGIVNEY & KLUGER, P.C.
                    Attorneys for Defendant
                    AMG REALTY PARTNERS, LP

                    By:_____
                      Richard E. Loff (RL-2123)
                      80 Broad Street, 23rd Floor
                      New York, New York 10004
                      (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel