UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------- X
:
IN RE: COMBINED WORLD TRADE CENTER AND LOWER :
MANHATTAN DISASTER SITE LITIGATION (STRADDLER : 21 MC 103 (AKH)
PLAINTIFFS) :
:
---------------------------------------------------------------------------------- X
:
AIDA TORRES (AND WIFE, BOLIVAR TORRES), : 08-CV-2309 (AKH)
:
       Plaintiff, :
:
-against- :
:
ON-SITE: : **FGP 90 WEST STREET,**
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, : **INC.'S NOTICE OF**
INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL : **ADOPTION OF ANSWER**
NORTHEAST, INC.; AMEC CONSTRUCTION MANAGEMENT, : **TO MASTER COMPLAINT**
INC.; AMEC EARTH & ENVORNMENTAL, INC.; ANTHONY :
CORTESE SPECIALIZED HAULING LLC; ATLANTIC HEYDT :
CORP.; BECHTEL ASSOCIATES PROFESSIONAL :
CORPORATION; BECHTEL CONSTRUCTION, INC.; BECHTEL :
CORPORATION; BECHTEL ENVIRONMENTAL, INC; BERKEL :
& COMPANY, CONTRACTORS, INC.; BIG APPLE WRECKING :
& CONSTRUCTION CORP; BOVIS LEND LEASE LMB, INC.; :
BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER- :
FOUR TRANSPORTATION CORP.; BURO HAPPOLD :
CONSULTING ENGINEERS, PC; C.B. CONTRACTING CORP; :
CANRON CONSTRUCTION CORP.; CORD CONTRACTING :
CO., INC.; DAKOTA DEMO-TECH ; DIAMOND POrNT :
EXCAVATING CORP; DIEGO CONSTRUCTION, INC.; :
DIVERSIFIED CARTING, INC.; DMT ENTERPRISE, INC. :
D'ONOFRIO GENERAL CONTRACTORS CORP.; EAGLE :
LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE ONE :
ROOFING CONTRACTORS INC; EJ DA VIES, INC.; EN-TECH :
CORP.; EVERGREEN RECYCLING OF CORONA(EROC); :
EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES, :
P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR :
RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, :
MURRAY, & STEFICEK, LLP, GOLDSTEIN ASSOCIATES :
CONSULTING ENGINEERS, PLLC; HALLEN WELDING :
SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA :
INC; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL :
CONTRACTING CORP.; LESLIE E. ROBERTSON :
ASSOCIATES CONSULTING ENGINEERS P.C.; LIBERTY :
MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, :
INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON :
TOMASETTI; MANAFORT BROTHERS INCORPORATED; :

| | |
|---|---|
| MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PQMUESER RUTLEDGE CONSULTING ENGINEERS, INC; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORP.; PLAZA CONSTRUCTION CORP.; PRO SAFETY SERVICES LLC; PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.; ROYAL GM, INC; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE, OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP.; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK; YANNUZZI & SONS, INC; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZEIGENFUSS DRILLING, INC., OFF-SITE: 160 WATER ST., INC., 160 WATER STREET ASSOCIATES, 55 WATER STREET CONDOMINIUM, AIG REALTY, INC., AJ GOLDSTEIN & CO., ALAN L. MERRIL, AMBIENT GROUP, INC, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN INTERNATIONAL REALTY CORP., AMG REALTY PARTNERS, LP .BANKERS TRUST COMPANY, BANKERS TRUST CORP., BANKERS TRUST NEW YORK CORPORATION, BATTERY PARK CITY AUTHORITY, BETTY JEAN GRANQUIST, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BT PRIVATE CLIENTS CORP., CAROL GAYNOR TRUST, CAROL GAYNQR, AS TRUSTEE OFTHE CAROL GAYNOR TRUST, CAROL MERRIL GAYNOR, DEPARTMENT OF BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, FGP 90 WEST STREET INC., FRED GOLDSTEIN, G.L.O. MANAGEMENT, INC., HARLAND GAYNOR, AS TRUSTEE UNDER A DECLARATION OF TRUST, HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER A DECLARATION OF | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

| | |
|---|---|
| TRUST, HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, HILLMAN ENVIRONMENTAL GROUP, LLC, IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST, JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE SERVICES, INC., KIBEL COMPANIES, MARGARET G. WATERS, MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY, NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST, NEW WATER STREET CORP., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK UNIVERSITY, ONE WALL STREET HOLDINGS, LLC, PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, RUTH G. LEBOW, SABINE ZERARKA, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, SYLVIA R. GOLDSTEIN, THAMES REALTY CO, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY NA, THE NEW YORK CITY DEPARTMENT OF EDUCATION, TISHMAN INTERIORS CORPORATION, TISHMAN SPEYER PROPERTIES, TRIBECA LANDINGL.L.C, TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, V CUCINIELLO, AND VERIZON NEW YORK, INC, ET AL | : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : : |

-----------------------------------------------------------------------------   X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the matter captioned *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in that matter. To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
July 28, 2008

By: ___s/ Keara M. Gordon___
Keara M. Gordon
Michael D. Hynes
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501
keara.gordon@dlapiper.com

Robert J. Mathias (admitted *pro hac vice*)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*